NO. 07-02-0324-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

OCTOBER 21, 2002

_____

MEDACCT, INC.,

Appellant

v.

ZINDA R. HITCH AND PRACTICEMED, INC.,

Appellees

_____

FROM THE 72nd DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2002-517,482; HON. BLAIR CHERRY, JR., PRESIDING

_____

*ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL*

_____

Before QUINN and REAVIS, JJ., and BOYD, SJ.[1]

MedAcct, Inc., appellant, has moved to dismiss their appeal contending that the parties have settled and reached a compromise. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. TEX. GOV'T CODE ANN. §75.002(a)(1) (Vernon Supp. 2002).

Do not publish. Justice